ORIGINAL

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 14-00010HG-03 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SAKARA K. BLACKWELL, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 10 2014

at 12 o'clock and 40 min. P M.
SUE BEITIA, CLERK

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by Barry M. Kurren United States Magistrate Judge in the above-entitled case, Passport Number 216921850 issued at HAWAII, U.S.A., on MAR 16, 2006 to the above-named defendant, was surrendered to the custody of the Clerk of Court on January 10, 2014 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Year / Place of Birth:    1976 / HAWAII, U.S.A.

Dated at Honolulu, Hawaii on January 10, 2014.

SUE BEITIA, Clerk

By: /s/ LMG
Deputy Clerk

---

This will acknowledge receipt of Passport Number 216921850 previously surrendered to the Court pursuant to a prior Order of Court.

Date: _____     Signature: _____
                                          Owner of Passport