LOUIS MICHAEL CHING   4209
ATTORNEY AT LAW
4475 KILAUEA AVENUE
HONOLULU, HAWAII 96816
TEL: (808) 392-8727

ATTORNEY FOR DEFENDANT
SAKARA BLACKWELL

IN THE UNITED STATES OF DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 14-00010-03 HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SAKARA BLACKWELL, (03) | ) | |
| a/k/a: "Dawn Sakaguchi" | ) | |
| Defendant. | ) | STIPULATION AMENDING THE |
| | ) | TERMS AND CONDITIONS OF |
| | ) | RELEASE, AND ORDER |
| | ) | |

STIPULATION AMENDING THE TERMS AND CONDITIONS OF RELEASE,
AND ORDER

COMES NOW, Defendant SAKARA BLACKWELL, by and through her Counsel, Louis Michael Ching, Esq. and the UNITED STATES OF AMERICA, by and through its

Counsel, AUSA Kenneth M. Sorenson, Esq. and STIPULATE AND AGREE to the following amendment(s) to the terms and conditions of release:

DELETE:

— (7m1) Contact is prohibited directly, indirectly, or through third parties with: co-defendants, co-conspirators, or witnesses in this and any related case. The U.S. Attorney's Office will provide Pretrial Services with initial and updated lists of names of persons with whom contact is prohibited.

ADD:

— (7m1) Contact is prohibited directly, indirectly, or through third parties with: co-defendants, co-conspirators, or witnesses in this and any related case. The U.S. Attorney's Office will provide Pretrial Services with initial and updated lists of names of persons with whom contact is prohibited. However, the defendant may have contact with Richard Kekoa Ornellas, Richard Ornellas, Sr., and Biana Sakaguchi, so long as there is no conversation or discussion whatsoever relating to or about this case.

DATED: Honolulu, Hawaii, January 22, 2014.

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

_____
KENNETH M. SORENSON, Esq.
Assistant U.S. Attorney

_____
LOUIS MICHAEL CHING, Esq.
Attorney for Defendant
SAKARA BLACKWELL

_____
DIANE ARIMA-LINSCOTT, U.S. Pretrial Officer

APPROVED AND SO ORDER:

_____     FEB 07 2014
Judge of the above-entitled Court        Date

- 3 -